IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN B.R. BANK et al.,<br>                      Plaintiffs,<br><br>v.<br><br>CITY OF PHILADELPHIA et al.,<br>                      Defendants. | CIVIL ACTION<br>NO. 13-2682 |

**ORDER**

**AND NOW**, this 9th day of January 2014, upon consideration of the Complaint (Doc. No. 1), the Amended Third-Party Complaint of Alfred Jefferson (Doc. Nos. 55, 56), the Foster Defendants' Motion to Dismiss Jefferson's Third-Party Complaint (Doc. No. 66), Alfred Jefferson's Response in Opposition (Doc. No. 70), Defendant Century Motors' Second Amended Answer (Doc. No. 48), the Foster Defendants' Motion to Dismiss Century Motors' Second Amended Crossclaim (Doc. No. 53), the Response of Century Motors in Opposition (Doc. No. 54-2), the arguments of counsel for the parties during a hearing on the Motions held on December 11, 2013, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The Foster Defendants' Motion to Dismiss Alfred Jefferson's Third-Party Complaint (Doc. No. 66) is granted in part and denied in part. The Motion is **GRANTED** with respect to Jefferson's indemnity claim on Count I. The Motion is **DENIED** with respect to Jefferson's indemnity claim on Counts II-IV.

1

2. The Foster Defendants' Motion to Dismiss Century Motors' Second Amended Crossclaim (Doc. No. 53) is **GRANTED**.

3. Century Motors is granted leave to amend its Answer to Plaintiffs' Complaint and to file an amended crossclaim. Century Motors has until January 31, 2014 to file an amended pleading, if any is to be filed.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.